LOUIS H. SCHROEDER, Appellant-Respondent, v. ZIGMUND ZIRING, Respondent-Appellant, and JOSHUA WAGNER, Impleaded Defendant, Appellant-Respondent.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.